IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | MISCELLANEOUS NO. B-04-014 |
| | § | |
| RENE RUIZ-RUIZ | § | |

### ORDER

The Clerk of the Court is ORDERED to file Miscellaneous No. B-04-014 as a Civil Action file.

Pro Se Petitioner, Rene Ruiz-Ruiz shall be allowed to proceed *in forma pauperis*.

DONE at Brownsville, Texas, this 10th day of June, 2004.

John Wm. Black
United States Magistrate Judge